**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

**VIRCO LAND AND SNOW, LLC,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 2:25-cv-00338**

**ERIE INSURANCE PROPERTY &**
**CASUALTY COMPANY,**

**Defendant.**

**AGREED ORDER OF DISMISSAL**

This day came Plaintiff, Virco Land and Snow, LLC, by counsel, and Defendant Erie Insurance Property & Casualty Company, by counsel, advising the Court that all matters at issue between the Plaintiff and Defendant have been compromised, settled and agreed, and move the Court to dismiss this civil action, with prejudice and with all parties to bear their own costs.

The Court, for good cause shown, is of the opinion to grant said Motion and does hereby ORDER that all claims of the Plaintiff against Defendant are hereby dismissed and stricken from the docket of the Court, with prejudice.

The Clerk is ORDERED to send a certified copy of this Order to all counsel of record.

ENTER: _______________________, 2025

Respectfully submitted for entry by the parties:

**VIRCO LAND AND SNOW, LLC, PLAINTIFF**

By: /s/ Scott H. Kaminski
Scott H. Kaminski, Esq. WVSB 6338
Ray Winton & Kelley, PLLC
109 Capitol Street, Ste 700
Charleston, WV 25301
304-342-1141
scottkaminski@rwk-law.com

**ERIE INSURANCE PROPERTY & CASUALTY COMPANY, DEFENDANT**

By: /s/ Matthew J. Perry
Matthew J. Perry, Esq. WVSB 8589
Burns White, LLC
720 Fourth Avenue
Huntington, WV 25701
304-523-5400
mjperry@burnswhite.com